IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
March 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JF_____
DEPUTY

RAVINDRA SINGH, PH.D. §
  Plaintiff, §
V. §
 §
WAL-MART STORES INC §
WAL-MART STORES TEXAS LLC §
ALAN MARTINDALE §
EVA MARIE MOSELEY §
CITY OF AUSTIN §
AUSTIN POLICE DEPARTMENT §
EX-POLICE CHIEF ART ACEVEDO §
OFFICER RICHARD W MILLER §
OFFICER JOHN DOE I §
  Defendants. §

Dist. Court No:1:17-CV-1120-RP
5th Cir No: 22-50976

## PLAINTIFF-APPELLANT'S REQUEST FOR A COPY OF RECORD ON APPEAL

TO: US District Clerk's, 501 W 5th Street Ste. #1100, Austin TX 78701

 This is a request for a for Record on Appeal (ROA) in the above referenced case on an urgent basis. Without the ROA appellant is unable to submit a brief that complies with 5th Cir. specification. Appellant's brief in this case is currently due on March 20, 2023 – that is less than a week from now. Please let me know if it is ready now. Are there any cost involved?

 According to 5th Cir. pro se parties are supposed to obtain a copy from the district clerk. If it is ready now, I will pick it up in person to save time. If it is not ready, please let me know expected date by which it would be ready by email at: excion_2000@yahoo.com

Thank you for your attention to this matter.

        /s/Ravindra Singh, Ph.D.
    By: _____

        RAVINDRA SINGH, PH.D.

        Plaintiff-Appellant, Pro Se
        email: excion_2000@yahoo.com

CC: Lead Counsels of Record/5th Cir.